COURT OF APPEALS OF VIRGINIA

Present:    Judges Alston, Decker and Senior Judge Coleman

ROTO ROOTER SERVICES COMPANY AND
  AMERICAN ZURICH INSURANCE COMPANY

                                                    MEMORANDUM OPINION[*]
v.         Record No. 1752-13-4                              PER CURIAM
                                                         JANUARY 28, 2014
EUGENIO A. MURGA


            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

                (Joseph C. Veith III; Bancroft, McGavin, Horvath & Judkins, P.C.,
                on brief), for appellants.

                No brief for appellee.


        Roto Rooter Services Company and its insurer (employer) appeal a decision of the

Workers' Compensation Commission finding Eugenio A. Murga (claimant) suffered an

exacerbation of existing sacroiliac joint problems, causally related to his compensable

May 21, 2008 accident and expanding claimant's medical award to cover treatment to his

sacroiliac joints.  Employer contends the commission erred in (1) finding that the sacroiliac

condition was exacerbated in the May 21, 2008 accident and claimant's subsequent treatment of

that condition was causally related to the accident where the conclusion reached was based upon

a factual finding that is not supported by credible evidence in the record and a medical opinion

that rested upon a faulty premise; and (2) finding the claim of injury to the sacroiliac joint was

not barred by the statute of limitations.

        We have reviewed the record and the commission's opinion and find that this appeal is

without merit.  Accordingly, we affirm for the reasons stated by the commission in its final

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

opinion.  See <u>Murga v. Roto Rooter Services</u>, JCN 2416697 (Aug. 14, 2013).  We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>